**Order entered August 15, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01023-CV

### IN RE CHARLES A. MILLER, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-02441-2014**

## ORDER

Before the Court is the motion of court reporter Karla Kimbrell requesting that the Court extend the time to file the reporter's record in this case. We **GRANT** the motion. Accordingly, we **ORDER** Karla Kimbrell to file, on or before August 25, 2014, either (1) the reporter's record; or (2) written verification that relator has not been found indigent and has not paid for or made arrangements to pay for the record.

*We notify relator that if we receive verification that he has not been found indigent and has not paid for or made arrangements to pay for the record, we will order this original proceeding submitted without the reporter's record.* *See* TEX. R. APP. P. 37.3(c).

We extend until September 2, 2014 the deadline for real parties in interest and respondent to file their responses, if any.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to all parties and to Karla Kimbrell, Court Reporter for the 380th Judicial District

Court, and to the Honorable Benjamin Smith, Presiding Judge of the 380th Judicial District Court.

/s/    ROBERT M. FILLMORE
         JUSTICE